In the Matter of GEORGE P. KEYLOUN et al., Appellants, v INCORPORATED VILLAGE OF BELLEROSE et al., Respondents. [643 NYS2d 683]

The Supreme Court properly determined that the respondents were not required to utilize the Nassau County Assessment Roll as a basis for assessment in light of the absence of any resolution by the Board of Trustees of the Incorporated Village of Bellerose which required the utilization of that assessment roll *(see,* RPTL 1402 [1], [2]).

Moreover, the Supreme Court properly determined that the respondents were not required to prorate George P. Keyloun's veteran's exemption since the respondents never enacted any local law permitting such proration *(see,* RPTL 458 [5]; *cf., Matter of Wright v Board of Assessors,* 177 AD2d 741). Balletta, J. P., Rosenblatt, Thompson and Copertino, JJ., concur.